Michael T. Hopkins (WI SBN: 1014792)
mth@hmclaw.com
Hopkins McCarthy LLC
207 E. Buffalo Street, Suite 422
P.O. Box 510138
Milwaukee, WI  53203
Tel/Fax: 866-735-0515
appearing *pro hac vice*

        and

Sharon J. Adams (State Bar No: 154929)
sjadams@adamslaw.biz
Adams Law Office
2140 Shattuck Avenue, Suite 207
Berkley, CA 94704
Tel/Fax: 510-649-1331

Attorneys for Plaintiff, Ginseng
Board of Wisconsin, Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GINSENG BOARD OF WISCONSIN, INC., a Wisconsin corporation,<br><br>                      Plaintiff,<br><br>    vs.<br><br>TRIPLE LEAF TEA, INC, a California corporation,  VINCENT TEA INTERNATIONAL, INC., a California Corporation, and JOHNSON LAM,<br><br>                      Defendants. | Case No.: 5:09-cv-01784-SBA<br><br>*CONSENT DECREE, ORDER FOR JUDGMENT* ~~*AND JUDGMENT*~~ |

**Consent Decree**

WHEREAS the parties have agreed to resolve this case pursuant to the terms of a *Settlement Agreement* entered into between them, without adjudication of any issue of fact or

*Ginseng Board of Wisconsin, Inc. v. Triple Leaf Tea, Inc., et al.*
**Consent Decree, Order for Judgment and Judgment**
Case No: 5:09-cv-01784-SBA
1

law, the terms of which provide, inter alia, for the execution and entry of this *Consent Decree and Order*.

NOW THEREFORE, on the joint motion of Plaintiff and Defendants, it is hereby ORDERED, ADJUDGED, and DECREED as follows:

**Jurisdiction**

1. This Court has jurisdiction of the subject matter and of the parties.

**Injunctive Relief**

2. Triple Leaf Tea, Inc.; Vincent Tea International, Inc.; and Johnson Lam, their officers, agents, servants, employees, attorneys, and those persons in active concert or participation with them who receive actual notice of this ORDER by personal service or otherwise, are hereby permanently enjoined from:

> (a) Using Ginseng Board of Wisconsin Inc.'s Certification Mark (USPTO registration no. 1755967), or any other mark which is confusingly similar to Ginseng Board of Wisconsin Inc.'s certification mark, in any illegal way or manner, including but not limited to use in conjunction with the sale, offering for sale, advertisement or marketing of ginseng or products containing ginseng; and
>
> (b) Doing any other illegal act or thing likely to induce the belief that any ginseng or products containing ginseng which are sold, offered for sale, or marketed by them are in any way sponsored, affiliated, licensed, endorsed or certified by Ginseng Board of Wisconsin, Inc.; provided, however, that nothing herein shall otherwise limit or impair the right or ability of Triple Leaf Tea, Inc.; Vincent Tea International, Inc.; or Johnson Lam from selling Wisconsin grown ginseng not bearing Ginseng Board of

*Ginseng Board of Wisconsin, Inc. v. Triple Leaf Tea, Inc., et al.*
**Consent Decree, Order for Judgment and Judgment**
Case No: 5:09-cv-01784-SBA

2

Wisconsin Inc.'s Certification Mark, or a colorable or confusingly similar imitation thereof.

(c) Any use by Defendants of marks in a manner that does not violate trademark law is permitted. For example, Defendants use of the mark attached hereto as Exhibit A is permitted and does not constitute a violation of this Consent Decree.

## Costs of Action

3. Each party shall bear the attorney fees, costs and disbursements each has incurred in prosecuting or defending this action.

The parties, by their counsel, hereby consent to the terms and conditions of the *Consent Decree* as set forth above, and consent to the entry thereof.

Dated this 18th day of December, 2009.

HOPKINS McCARTHY LLC

by: _____/s/ Michael T. Hopkins_____ .
Michael T. Hopkins (WI SBN: 1014792)
mth@hmclaw.com

Hopkins McCarthy LLC
207 E. Buffalo Street, Suite 422
P.O. Box 510138
Milwaukee, WI  53203
Tel/Fax: 866-735-0515
appearing *pro hac vice*
        and
Sharon J. Adams (State Bar No: 154929)
sjadams@adamslaw.biz

ADAMS LAW OFFICE
2140 Shattuck Avenue, Suite 207
Berkley, CA 94704
Tel/Fax: 510-649-1331

*Ginseng Board of Wisconsin, Inc. v. Triple Leaf Tea, Inc., et al.*
**Consent Decree, Order for Judgment and Judgment**
Case No: 5:09-cv-01784-SBA

3

Attorneys for Plaintiff,
Ginseng Board of Wisconsin, Inc.

DONAHUE GALLAGHER WOODS LLP

by: ___/s/ John C. Kirke_____ .
John C. Kirke (SBN: 175055)
email: johnk@donahue.com

Donahue Gallagher Woods LLP
300 Lakeside Drive, Suite 1900
Oakland, CA  94612-3570
Tel: 510-451-0544 / Fax: 510-832-1486

Attorneys for Defendants

### Order for Judgment

**BASED UPON THE FOREGOING,** it is hereby **ORDERED** that judgment be entered in favor of the Plaintiff, Ginseng Board of Wisconsin, Inc., and against the Defendants, Triple Leaf Tea, Inc.; Vincent Tea International, Inc.; and Johnson Lam, pursuant to all of the terms and conditions recited above in said *Consent Decree*.

Dated this 9th day of February 2010.

_____
Honorable Saundra Brown Armstrong
U.S. District Court Judge

### ~~Judgment~~

~~BASED UPON THE FOREGOING *Consent Decree* and *Order for Judgment*, judgment is hereby entered in favor of Plaintiff, Ginseng Board of Wisconsin, Inc., and against~~

*Ginseng Board of Wisconsin, Inc. v. Triple Leaf Tea, Inc., et al.*
***Consent Decree, Order for Judgment and Judgment***
Case No: 5:09-cv-01784-SBA

~~Defendants, Triple Leaf Tea, Inc.; Vincent Tea International, Inc.; and Johnson Lam, pursuant to all of the terms and conditions recited above in said *Consent Decree* and incorporated into the *Order for Judgment*~~

~~Dated this ____ day of _____, 2009.~~

~~Honorable Sandra B. Armstrong~~
~~U.S. District Court Judge~~

*Ginseng Board of Wisconsin, Inc. v. Triple Leaf Tea, Inc., et al.*
**Consent Decree, Order for Judgment and Judgment**
Case No: 5:09-cv-01784-SBA